# ATTACHMENT 1

# COMPLAINT FORM

**(for non-prisoner filers without lawyers)**

IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____

_____

(Full name of plaintiff(s))

Derrick M Cann

P-O Box 259289

Madison WI 53725

vs

(Full name of defendant(s))

Shelia Stubbs

10 Waunona Woods Ct #4

Madison, WI 5371B

Case Number:

**23 CV 252 JDP**

(to be supplied by clerk of court)

_____

A.    PARTIES

1.    Plaintiff is a citizen of _____Wisconsin_____ and resides at
(State)

1142 Moorland rd #108 Madison, WI 53713
(Address)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant ___*Shelia Stubbs*___
                                                      (Name)

is (if a person or private corporation) a citizen of ___*Wisconsin*___
                                                      (State, if known)

and (if a person) resides at ___*10 Wavnona Woods Ct #4 Madison, WI 53713*___
                                                      (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___*Wisconsin State Assembly*___
___*2 E Main St. Madison, WI 53703*___ (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

_____

_____

_____

_____

_____

_____

_____

_____

_____

2. Defendant **Shelia Stubbs**

(Name)

is (if a person or private corporation) a citizen of **Wisconsin**

(State, if known)

and (if a person) resides at **10 Navnona Woods Ct #4 Madison WI 53713**

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Wisconsin State Assembly / Wisconsin State Capital 2E Main St. Madison WI 53703**

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The Plantiff Shelia Stubbs work for Wisconsin State Assembly. Who work in Madison, Wiscon. Wisconsin State Capital elected since 2018 to 2023. On April 7, 2023 filed a false restraining order in Dane County court. Retilation to silent me about the mistreatmen bully and defaming she is doing against me. On April 14, 2023 Shelia Stubbs lied under oath in Dane County Court. Shelia Stubbs Shelia stubbs think because I am black/Male and disabled nobody will listen to me.

Committed perjury lies and defamation against me that I tried to run her over with a car. Her life in danger and that drove up on Capital of Wisconsin and tried to record working in her office. Shelia Stubbs lied under oath I intimidated and harrassed her criminally. Shelia Stubbs told lies April 7, 2023 that when I see her in public I hurl verbal and insults other. Defamation severe Shelia Stubbs said in court April 14 2023 I am angry at Governor Tony Evers and attacking Michael Johnson CEO Boys & Girls Club and black leader Madison, WI. Shelia Stubbs has defamed me in police reports Madison Police Department & Capital Police Department false restraining orders I am depressed, stressed being bullied getting death threats. Shelia Stubbs failed to protect me advocate, and listen which is. her job duties. Suffered character assassination denied opportunities, couldn't run for elected official/Alderman Denied Pardon from State of Wisconsin Governor Tony Evers.

C.    JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

D. ☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 1,000,000 .

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

monetary
writting apology letter
tell Shelia Stubbs to stop bullying targeting defaming me Derrick McCann Grounds that Shelia Stubbs guilty of perjury grounds for her to be arrested and charged

E.    JURY DEMAND

[✓]    Jury Demand – I want a jury to hear my case
                              OR
[ ]    Court Trial – I want a judge to hear my case

Dated this _21_ day of _April_ 20_23_.

                    Respectfully Submitted,


                    _____
                    Signature of Plaintiff

                    608-895-1496
                    Plaintiff's Telephone Number

                    demickMccann608@gmail.com
                    Plaintiff's Email Address

                    P.o Box 259289
                    Madison WI 53725
                    (Mailing Address of Plaintiff)

        (If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

[✓]    I **DO** request that I be allowed to file this complaint without paying the filing
       fee. I have completed a request to proceed in the district court without
       prepaying the fee and attached it to the complaint.

[ ]    I **DO NOT** request that I be allowed to file this complaint without prepaying the
       filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this
       complaint.